

CALL DOCKET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

    IT IS ORDERED that the following cases will be called on Wednesday, April 26, 2000, at 10:00 a.m., before Judge Martin Feldman. Failure of counsel to report the status thereof or in the absence of good cause shown why the case should remain on the docket it will be **DISMISSED**.

99-3021 Douglas Bell   vs.   Dyn Marine Services, et al.
   atty: John Munoz
ORDERED
00-4    Algiers Homestead   vs. Paramount Software Association
   atty: Mark Mercante
ORDERED
00-182  USA   vs.   Yvette Franklin
   atty: Eneid Francis
ORDERED
00-202  USA   vs.   David Wemphen
   atty: Eneid Francis
ORDERED
00-225  Scottsdale Insruance Co.   Vs. Scott Jones, et al.
   atty: Mark Ross
ORDERED
00-305  Boston Old Colony Insurance vs. Bean Horizon Corp.
   atty: Scott Wheaton
ORDERED
00-392  Mae Etta McDonald vs. Cosco Shipping, et al.
   atty: Glenn Leiberman
ORDERED

_____
Steve Hill,   Section "F"

Fee _____
Process __√__
X Dktd _____
__√__ CtRmDep __√__
Doc.No. __2__