

MINUTE ENTRY
FELDMAN, J.
APRIL 26, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THE FOLLOWING CASES WERE CALLED THIS DAY AND RULED ON AS FOLLOWS:

99-3021 Douglas Bell   vs.   Dyn Marine Services, et al.
   atty: John Munoz
ORDERED PLACE ON TRIAL DOCKET
00-4    Algiers Homestead   vs. Paramount Software Association
   atty: Mark Mercante
ORDERED PLACE ON TRIAL DOCKET
00-182  USA   vs.   Yvette Franklin
   atty: Eneid Francis
ORDERED CLOSED
00-202  USA   vs.   David Wemphen
   atty: Eneid Francis
ORDERED CLOSED
00-225  Scottsdale Insruance Co.   Vs. Scott Jones, et al.
   atty: Mark Ross
ORDERED PLACE ON TRIAL DOCKET
00-305  Boston Old Colony Insurance vs. Bean Horizon Corp.
   atty: Scott Wheaton
ORDERED PLACE ON TRIAL DOCKET
00-392  Mae Etta McDonald vs. Cosco Shipping, et al.
   atty: Glenn Leiberman
ORDERED CLOSED

DATE OF ENTRY APR 26 2000

___ Fee
___ Process
 X  Dktd
___ CtRmDep