

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 19 PM 4: 16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SCOTTSDALE INSURANCE COMPANY** | * | CIVIL ACTION NO. 00-0225 |
| **VERSUS** | * | SECTION "F" |
| **SCOTT G. JONES, ESQ.,** | * | MAGISTRATE (4) |
| **HULSE AND WANEK, PLC** | | |
| **AND XYZ INSURANCE COMPANY** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### UNOPPOSED MOTION TO CONTINUE HEARING DATE
### ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COME Scott G. Jones and Hulse & Wanek, PLC, named defendants herein, and

respectfully request that the hearing on plaintiff Scottsdale Insurance Company's ("Scottsdale")

Motion for Summary Judgment currently set for August 16, 2000, be continued and re-set to be

heard on August 30, 2000.  Defendants move for this continuance based on the following:

I.

On June 19, 2000, Defendants filed a Motion to Disqualify Plaintiff's counsel seeking to

disqualify Scottsdale's present counsel on the grounds that he is a necessary witness to a contested

issue in the above-captioned litigation.

DATE OF ENTRY

JUL 2 4 2000

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. 10

II.

At the time of filing, Defendants set the hearing on their Motion to Disqualify Plaintiff's Counsel for August 30, 2000, at 10:00am. This is the first date on the Court's docket that counsel for Defendants is available for hearing.

III.

On or about June 27, 2000, Scottsdale filed a Motion for Summary Judgment. The hearing was set for August 16, 2000.

IV.

On June 29, 2000, counsel for Defendants wrote to counsel for Scottsdale requesting that he consent to have the hearing on Scottsdale's Motion for Summary Judgment continued until after the resolution of Defendants' Motion to Disqualify Plaintiff's Counsel. (*See*, June 29, 2000 correspondence from Margaret L. Sunkel to Mark L. Ross, attached hereto as Exhibit "A").

V.

On June 29, 2000, counsel for Scottsdale wrote to counsel for Defendants stating that he would only consent to have the hearing on Scottsdale's Motion for Summary Judgment continued until August 30, 2000, the date on which Defendants' Motion to Disqualify Plaintiff's Counsel is set to be heard. (*See*, June 29, 2000 letter from Mark L. Ross to Margaret L. Sunkel, attached hereto as Exhibit "B").

VI.

Accordingly, Defendants respectfully request that the hearing on Scottsdale's Motion for Summary Judgment currently set for August 16, 2000, be continued and re-set to be heard August

30, 2000, if the Court finds that it is appropriate for Mark L. Ross to continue as Scottsdale's

counsel after it has heard the arguments on Defendants' Motion to Disqualify Mr. Ross.

Respectfully Submitted,

WILLIAM E. WRIGHT, JR. (#8564)
MARGARET L. SUNKEL (#25888)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine St.
New Orleans, Louisiana 70130-3672
Telephone: (504) 581-5141
**Attorneys for Scott G. Jones and Hulse
& Wanek, PLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties

through their counsel of record, by placing same in the United States mail, postage prepaid and

properly addressed, this 19th day of July, 2000.

**MARGARET L. SUNKEL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SCOTTSDALE INSURANCE COMPANY** | * | CIVIL ACTION NO. 00-0225 |
| **VERSUS** | * | SECTION "F" |
| **SCOTT G. JONES, ESQ.,** | * | MAGISTRATE (4) |
| **HULSE AND WANEK, PLC** | | |
| **AND XYZ INSURANCE COMPANY** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF COUNSEL

Undersigned counsel hereby certifies to the Court that she has advised her client that she has

initiated a Motion to Continue the hearing on plaintiff's Motion for Summary Judgment and that the

client has been provided with a copy of the Motion to Continue.

Respectfully Submitted,

WILLIAM E. WRIGHT, JR.  (#8564)
MARGARET L. SUNKEL (#25888)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine St.
New Orleans, Louisiana  70130-3672
Telephone:  (504) 581-5141
**Attorneys for Scott G. Jones and Hulse
& Wanek, PLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties through their counsel of record, by placing same in the United States mail, postage prepaid and properly addressed, this 19th day of July, 2000.

_____
MARGARET L. SUNKEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**SCOTTSDALE INSURANCE COMPANY**      *      CIVIL ACTION NO. 00-0225

**VERSUS**                            *      SECTION "F"

**SCOTT G. JONES, ESQ.,**             *      MAGISTRATE (4)
**HULSE AND WANEK, PLC**
**AND XYZ INSURANCE COMPANY**         *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing;

IT IS ORDERED that the hearing on Scottsdale Insurance Company's Motion for Summary

Judgment currently set for August 16, 2000, be continued until August 30, 2000, to be heard

subsequent to Defendants' Motion to Disqualify Plaintiff's Counsel if the Court finds that it is

appropriate to do so in light of the arguments set forth in Defendants' Motion to Disqualify

Plaintiff's Counsel.

New Orleans, Louisiana, this 21St day of July, 2000.

_____
                    JUDGE

DEUTSCH, KERRIGAN & STILES, L.L.P.
(A PARTNERSHIP INCLUDING PROFESSIONAL LAW CORPORATIONS)

**MARGARET L. SUNKEL**
**(504) 593-0667**
msunkel@dksno.com

755 MAGAZINE STREET
NEW ORLEANS, LA 70130-3672

TELEPHONE (504) 581-5141

FAX (504) 566-1201

2510 14™ STREET, SUITE 1001
GULFPORT, MISSISSIPPI 39501
TELEPHONE (228) 864-0161
FAX (228) 863-5278

2130 KALISTE SALOOM ROAD
SUITE 308
LAFAYETTE, LOUISIANA 70508
TELEPHONE (318) 993-0084
FAX (318) 993-8352

June 29, 2000

**VIA FACSIMILE AND U.S. MAIL**
Mark L. Ross, Esq.
600 Jefferson Street
Box 23 Suite 501
Lafayette, Louisiana 70501

Re:    **Scottsdale Insurance Company v.**
       **Hulse & Wanek, A Professional Law Corp.**
       **Our File: 10895-00334**

Dear Mark:

We received yesterday a copy of Scottsdale's Motion for Summary Judgment in the above-referenced matter. You have noticed the hearing for August 16, 2000, two weeks prior to the hearing set on Defendants' Motion to Disqualify Plaintiff's Counsel. To begin with, Bill Wright who will be arguing the Motion to Disqualify will be out of the country beginning August 3, 2000, and returning late on August 18, 2000. This is the reason why the Motion to Disqualify was not set earlier in August. Secondly, your ability to represent Scottsdale in light of the fact that your are a necessary witness in this litigation is a threshold issue which must be resolved prior to a hearing on Scottsdale's Motion for Summary Judgment. Accordingly, I am seeking your consent to continue the hearing on the Motion for Summary Judgment without date until such time as the issue of your disqualification is fully resolved. Please let me know by Wednesday, July 5, 2000, if I may represent to the Court that you have no opposition to such a continuance.

With regards,

Margaret L. Sunkel

MLS/psd
Enclosures
cc:    Scott G. Jones, Esq. (By U.S. Mail)
G:\DELAUNE\MLS\10895\334\LETTERS\ROSS.L05



EXHIBIT
A

Law Offices of
# MARK L. ROSS
**600 Jefferson Street**
**Box 23  Suite 501**
**Lafayette, LA 70501**
**(337) 266-2345**
**Fax (337) 266-2163**

June 29, 2000

Margaret L. Sunkel, Esq.
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, La.  70130

       Re:  Scottsdale Insurance Company v.
           Scott G. Jones and Hulse and Wanek
           Docket No. 00-0225 (E.D. La.)
           Your file: 526-8743
           Scottsdale file:  206491

Dear Margaret:

       I am writing in regard to your correspondence of today regarding a continuance of Scottsdale's motion for summary judgment.

       I presume that Bill Wright will argue the motion for summary judgment.  Since you tell me that he will be out of the country until August 18, 2000, I will certainly extend you the courtesy of continuing the motion until August 30, 2000.  I will not continue it without date.

       While I remain flattered by the defendants' perception that I must be removed as Scottsdale's counsel, I give your motion to disqualify little or no weight.  I believe that you may well find it an appalling strategic mistake which, particularly in the context of this case, could rebound to your clients' detriment in ways not confined to a money judgment.

**EXHIBIT**
_B_

I look forward to seeing you on August 30.

Sincerely,

Mark L. Ross

cc:  Ms. Beth Brezinski