```
                                    FILED
                                U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                                2000 AUG 30  PM 4:43

                                 LORETTA G. WHYTE
                                      CLERK
```

MINUTE ENTRY
FELDMAN, J.
August 30, 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY | * | CIVIL ACTION |
| VERSUS | * | NO. 00-225 |
| SCOTT G. JONES, ET AL. | * | SECTION "F" (4) |

IT IS ORDERED that the defendants' motion to disqualify the plaintiff's counsel and the plaintiff's motion for summary judgment, set for hearing on August 30, 2000, are continued to September 27, 2000. All motions will be on the briefs.

DATE OF ENTRY
AUG 3 1 2000