UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SCOTTSDALE INSURANCE COMPANY** | CIVIL ACTION NO. 00225 |
| vs. | SECTION "F" |
| **SCOTT G. JONES, ESQ., HULSE AND WANEK, PLC AND XYZ INSURANCE COMPANY** | MAGISTRATE DIVISION (4) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SCOTTSDALE INSURANCE COMPANY'S MOTION TO FILE REPLY BRIEF TO DEFENDANTS' OPPOSITION TO SCOTTSDALE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

**NOW COMES** Scottsdale Insurance Company (hereinafter "Scottsdale"), through undersigned counsel, and pursuant to Local Rule 7.4, moves the Court for an Order permitting it to file a Reply Brief to the Defendants' Opposition to Scottsdale Insurance Company's Motion for Summary Judgment.

The ground for Scottsdale's Motion is that Scottsdale can show in its Reply Brief that its Statement of Uncontested Material Facts is, for the most part, neither addressed nor controverted by Defendants' Opposition Memorandum.

### ORDER

BASED UPON THE FOREGOING MOTION,

IT IS ORDERED that Scottsdale Insurance Company be and is hereby

DATE OF ENTRY
SEP 1 8 2000

permitted to file into the record its Reply Brief to the Defendants' Opposition to Scottsdale Insurance Company's Motion for Summary Judgment.

New Orleans, Louisiana this 15th day of SEPT , 2000.

*/s/ Verdini C. Feldman*
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Mark L. Ross*
Mark L. Ross, Bar No. 11477
Attorney for Scottsdale
Insurance Company
600 Jefferson Street, Suite 501
Lafayette, Louisiana 70501
Telephone (337) 266-2345
Facsimile: (337) 266-2163

LR 5.3 CERTIFICATE OF SERVICE

I certify that on this 28th day of August, 2000 , a copy of the foregoing pleading has either been hand delivered or mailed to all counsel of record by depositing same in the United States mail, postage prepaid and properly addressed.

*/s/ Mark L. Ross*
MARK L. ROSS