```
                                              FILED
                                         U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF LA

                                         2000 OCT 25 AM 11:17

                                           LORETTA G. WHYTE
                                                CLERK
```

MINUTE ENTRY
FELDMAN, J.
October 25, 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY | * | CIVIL ACTION |
| VERSUS | * | NO. 00-225 |
| SCOTT G. JONES, ET AL. | * | SECTION "F" (4) |

IT IS ORDERED that the plaintiff's motion for reconsideration, or alternatively, certification, set for hearing on October 25, 2000, is continued to November 8, 2000. The motion will be on the briefs.



1

