FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 24 PM 4:42

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY | * | CIVIL ACTION NO. 00-0225 |
| VERSUS | * | SECTION "F" |
| SCOTT G. JONES, ESQ., HULSE AND WANEK, PLC AND XYZ INSURANCE COMPANY | * | MAGISTRATE (4) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO SCOTTSDALE INSURANCE COMPANY'S MOTION FOR RECONSIDERATION OF COURT'S DENIAL OF SUMMARY JUDGMENT ON ISSUE OF LIABILITY, OR ALTERNATIVELY, CERTIFICATION UNDER 28 U.S.C. 1292 (b)

NOW INTO COURT, through undersigned counsel, come Scott G. Jones, Esq. and Hulse and Wanek, PLC (collectively "Defendants"), who for reasons set forth below, respectfully move this Court to grant leave to file a Supplemental Memorandum in Opposition to Scottsdale Insurance Company's Motion for Reconsideration of Court's Denial of Summary Judgment on Issue of Liability, or Alternatively, Certification Under 28 U.S.C. 1292(b). Plaintiff's Motion for Reconsideration is set for hearing on October 25, 2000.

DATE OF ENTRY
OCT 2 6 2000

___Fee___
___Process___
_X_ Dktd
_√_ CtRmDep
___Doc.No.___

**1.**

On or about June 27, 2000, Plaintiff Scottsdale Insurance Company ("Scottsdale") filed a Motion for Summary Judgment on Issue of Liability in the above-referenced litigation. In support of its Motion, Scottsdale attached the Affidavit of Richard H. Kannally ("Mr. Kannally") as Exhibit "AA." Mr. Kannally is a former adjuster for Scottsdale.

**2.**

On October 2, 2000, the Court entered an Order and Reasons denying Scottsdale's Motion for Summary Judgment.

**3.**

On or about October 6, 2000, Scottsdale filed and served a Motion for Reconsideration of the Court's Denial of its Motion for Summary Judgment on Issue of Liability, or Alternatively, Certification Under 28 U.S.C. 1292(b).

**4.**

On October 6, 2000, counsel for Defendants spoke to counsel for Scottsdale and requested the opportunity to take the deposition of Mr. Kannally.

**5.**

On October 17, 2000, Defendants filed their Opposition to Scottsdale's Motion for Reconsideration of the Court's Denial of its Motion for Summary Judgment on Issue of Liability, or Alternatively, Certification Under 28 U.S.C. 1292(b). Scottsdale's Motion for Reconsideration is set to be heard October 25, 2000.

6.

On October 23, 2000, Defendants' counsel received correspondence from Scottsdale's counsel referencing a letter from Mr. Kannally's physician stating that Mr. Kannally has an inoperable brain aneurysm and "will not be able to attend a deposition due to the high degree of medical risk." Thus, Defendants will not have the opportunity to question Mr. Kannally about the assertions made in his Affidavit.

7.

Defendants now desire to supplement their Opposition and move this Court that Mr. Kannally's Affidavit not be considered as support for Scottsdale's Motion for Reconsideration of the Court's Denial of its Motion for Summary Judgment on Issue of Liability, or Alternatively, Certification Under 28 U.S.C. 1292(b).

_____
WILLIAM E. WRIGHT, JR. (#8564)
MARGARET L. SUNKEL (#25888)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine St.
New Orleans, Louisiana 70130-3672
Telephone: (504) 581-5141
Attorneys for Scott G. Jones and Hulse
& Wanek, PLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties through their counsel of record, by facsimile and by sending via U. S. Mail, postage prepaid, and properly addressed, this 24th day of October, 2000.

_____
MARGARET L. SUNKEL, ESQ.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SCOTTSDALE INSURANCE COMPANY** | * | **CIVIL ACTION NO. 00-0225** |
| **VERSUS** | * | **SECTION "F"** |
| **SCOTT G. JONES, ESQ., HULSE AND WANEK, PLC AND XYZ INSURANCE COMPANY** | * | **MAGISTRATE (4)** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing:

**IT IS ORDERED** that Defendants' Motion for Leave to File Supplemental Memorandum in Opposition to Scottsdale Insurance Company's Motion for Reconsideration of Court's Denial of Summary Judgment on Issue of Liability, or Alternatively, Certification under 28 U.S.C. 1292 (b) be granted.

New Orleans, Louisiana, this 25TH day of October, 2000.

_____
JUDGE