# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SCOTTSDALE INSURANCE COMPANY** | **CIVIL ACTION NO. 00-225** |
| vs. | SECTION "F" |
| **SCOTT G. JONES, ESQ., HULSE AND WANEK, PLC AND XYZ INSURANCE COMPANY** | **MAGISTRATE DIVISION (4)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SCOTTSDALE INSURANCE COMPANY'S MOTION TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION

**NOW COMES** Scottsdale Insurance Company (hereinafter "Scottsdale"), through undersigned counsel, to move the Court for permission to file the attached Supplemental Brief in Support of Scottsdale's Motion for Reconsideration of the Court's October 2, 2000 ruling denying Scottsdale's Motion for Summary Judgment.

The ground for plaintiff's Motion to File Supplemental Brief is that Scottsdale wishes to respond to the defendants' Supplemental Opposition. Scottsdale wishes to address the defendants' continuing argument against the use of affidavits in connection with Motions for Summary Judgment pursuant to F.R.C.P. 56(e).

For the foregoing reasons, plaintiff prays that this Court permit Scottsdale to file the attached Supplemental Brief in Support of its Motion for Reconsideration, as well as any additional relief which this Court may deem just.

DATE OF ENTRY
NOV 0 1 2000

                                        Respectfully submitted,

                                        _____
                                        Mark L. Ross, Bar No. 11477
                                        Attorney for Scottsdale
                                        Insurance Company
                                        600 Jefferson Street, Suite 501
                                        Lafayette, Louisiana 70501
                                        Telephone (337) 266-2345
                                        Facsimile: (337) 266-2163

                    LR 5.3 CERTIFICATE OF SERVICE

I certify that on this 26th day of October, 2000, a copy of the foregoing pleading has either been hand delivered or mailed to all counsel of record by depositing same in the United States mail, postage prepaid and properly addressed.

_____
MARK L. ROSS

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SCOTTSDALE INSURANCE COMPANY** | **CIVIL ACTION NO. 00225** |
| vs. | **SECTION "F"** |
| **SCOTT G. JONES, ESQ., HULSE AND WANEK, PLC AND XYZ INSURANCE COMPANY** | **MAGISTRATE DIVISION (4)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

BASED UPON THE FOREGOING MOTION;

IT IS ORDERED that Scottsdale Insurance Company be and is hereby granted leave to file its Supplemental Brief in Support of Its Motion for Reconsideration.

New Orleans, Louisiana this 31st day of OCTOBER, 2000.

_____
United States District Judge