```
                                        FILED
                                   U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                   2001 JAN -4  PM 2: 19

                                      LORETTA G. WHYTE
                                           CLERK
```

MINUTE ENTRY
FELDMAN, J.
January 3, 2001

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY | * | CIVIL ACTION |
| VERSUS | * | NO. 00-225 |
| SCOTT G. JONES, ET AL. | * | SECTION "F" |

Before the Court are the defendants' Motion for Summary Judgment and the defendants' Motion to Strike, set for hearing on January 10, 2001. It has come to the Court's attention that another motion in this case has been filed and set for hearing on January 24, 2001.

Accordingly,

IT IS ORDERED that the defendants' Motion for Summary Judgment and the defendants' Motion to Strike, set for hearing on January 10, 2001, are CONTINUED to January 24, 2001. All motions will be heard on the briefs.

DATE OF ENTRY
JAN 4 2001

1