

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY | * | CIVIL ACTION NO. 00-0225 |
| VERSUS | * | SECTION "F" |
| SCOTT G. JONES, ESQ., HULSE AND WANEK, PLC AND XYZ INSURANCE COMPANY | * | MAGISTRATE (4) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE REPLY TO SCOTTSDALE INSURANCE COMPANY'S RESPONSE TO DEFENDANTS' MOTION TO STRIKE

**NOW COME** defendants Scott G. Jones ("Jones") and the law firm of Hulse & Wanek, PLC ("H & W"), through undersigned counsel, who for reasons set out below, respectfully move this Court to grant leave to file a Reply Memorandum to Scottsdale Insurance Company's Response to Defendants' Motion to Strike. The hearing on Defendants' Motion to Strike is set for January 24, 2001.

1.

On December 18, 2000, Defendants filed a Motion to Strike requesting therein that Mr. Rick Kannally be prohibited from testifying in person or by *ex parte* affidavit on behalf of Plaintiff in the above-captioned matter and, accordingly, that his name be stricken from Plaintiff's Witness List.

DATE OF ENTRY

JAN 1 0 2001

**2.**

On or about December 19, 2000, Scottsdale filed a Response to Defendants' Motion to Strike arguing therein that Mr. Kannally's inability to testify by deposition is somehow the result of Defendants' conduct and further arguing that Defendants fail to articulate the issues regarding which they seek to depose Mr. Kannally.

**3.**

Defendants now wish to respond to these inaccuracies and direct attention to the very specific arguments made by Defendants regarding the allegations made by Scottsdale and the affidavit testimony given by Mr. Kannally. Jones and H&W believe the attached Memorandum will articulate and clarify the facts, and assist in the expeditious resolution of the pending matter.

**Respectfully submitted,**

WILLIAM E. WRIGHT, JR. #8564
MARGARET L. SUNKEL #25888
Deutsch, Kerrigan & Stiles, L.L.P
755 Magazine St.
New Orleans, Louisiana 70130-3672
Telephone: (504) 581-5141
**Attorneys for Scott G. Jones and Hulse & Wanek, PLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the above and foregoing pleading has been served upon all parties to this proceeding, by mailing a copy of same to each attorney of record by United States mail, properly addressed, and first class postage prepaid on this 5th day of January, 2001.

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY | * | CIVIL ACTION NO. 00-0225 |
| VERSUS | * | SECTION "F" |
| SCOTT G. JONES, ESQ., HULSE AND WANEK, PLC AND XYZ INSURANCE COMPANY | * * | MAGISTRATE (4) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing;

**IT IS ORDERED** that Defendants' Motion for Leave to File Reply to Scottsdale Insurance Company's Response to Defendants' Motion to Strike be granted.

New Orleans, Louisiana, this 9th day of January, 2001.

_____
JUDGE