```
                          FILED
                    U.S. DISTRICT COURT
                   EASTERN DISTRICT OF LA

                    2001 JAN 22  PM 3:19

                       LORETTA G. WHYTE
                            CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**JANUARY 22, 2001**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY | CIVIL ACTION |
| versus | NUMBER 00-0225 |
| SCOTT G. JONES, ESQ., ET AL. | SECTION "F" (4) |

A settlement conference is scheduled in the above-captioned case on Tuesday, January 30, 2001 at 9:00 A.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

**On or before January 26, 2001**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JAN 23 2001

Fee____
Process____
X /Dktd____
   CtRmDep____
Doc.No.____