FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 22 AM 10: 30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY | * | CIVIL ACTION NO. 00-0225 |
| VERSUS | * | SECTION "F" |
| SCOTT G. JONES, ESQ., HULSE AND WANEK, PLC AND XYZ INSURANCE COMPANY | * | MAGISTRATE (4) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION AND INCORPORATED MEMORANDUM
## FOR LEAVE TO FILE REPLY TO
## SCOTTSDALE INSURANCE COMPANY'S
## OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**NOW COME** defendants Scott G. Jones ("Jones") and the law firm of Hulse & Wanek, PLC ("H & W"), through undersigned counsel, who for reasons set out below, respectfully move this Court to grant leave to file a Reply Memorandum to Scottsdale Insurance Company's Opposition to Defendants' Motion for Summary Judgment. The hearing on Defendants' Motion for Summary Judgement is set for January 24, 2001.

1.

On December 22, 2000, Defendants filed a Motion for Summary Judgment arguing therein that Scottsdale's action for legal malpractice is perempted by the one year and the three year peremption periods provided in La. R.S. 9:5605.

DATE OF ENTRY

JAN 2 4 2001

Fee_____
Process___
X Dktd_____
CtRmDep___
Doc.No.____

**2.**

On or about January 12, 2001, Scottsdale filed an Opposition to Defendants' Motion for Summary Judgment setting forth arguments based on La. R.S. 9:5605(E) and allegations of fraud and misrepresentation. Defendants did not receive a copy of Scottsdale's Opposition until the afternoon of January 18, 2001.

**3.**

Defendants now wish to respond to Scottsdale's theories set forth in its Opposition to Defendants' Motion for Summary Judgment. Jones and H&W believe the attached Memorandum will articulate and clarify the law and facts, and assist in the expeditious resolution of the pending matter.

Respectfully submitted,

WILLIAM E. WRIGHT, JR. #8564
MARGARET L. SUNKEL #25888
Deutsch, Kerrigan & Stiles, L.L.P
755 Magazine St.
New Orleans, Louisiana 70130-3672
Telephone: (504) 581-5141
Attorneys for Scott G. Jones and Hulse
& Wanek, PLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the above and foregoing pleading has been served upon all parties to this proceeding, by mailing a copy of same to each attorney of record by United States mail, properly addressed, and first class postage prepaid on this 22nd day of January, 2001.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SCOTTSDALE INSURANCE COMPANY** | * | **CIVIL ACTION NO. 00-0225** |
| **VERSUS** | * | **SECTION "F"** |
| **SCOTT G. JONES, ESQ.,** | * | **MAGISTRATE (4)** |
| **HULSE AND WANEK, PLC** | | |
| **AND XYZ INSURANCE COMPANY** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing;

**IT IS ORDERED** that Defendants' Motion for Leave to File Reply to Scottsdale

Insurance Company's Opposition to Defendants' Motion for Summary Judgment be

**GRANTED**.

New Orleans, Louisiana, this _23d_ day of January, 2001.

_____
JUDGE