```
              FILED
        U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

      2001 JAN 25 PM 1:57

        LORETTA G. WHYTE
             CLERK
```

MINUTE ENTRY
FELDMAN, J.
January 25, 2001


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


SCOTTSDALE INSURANCE COMPANY          *      CIVIL ACTION

VERSUS                                *      NO. 00-225

SCOTT G. JONES, ET AL.                *      SECTION "F" (4)


The Court has been advised by counsel that a continuance on all pending motions is desired because the parties are considering the possibility of settlement.

Accordingly,

IT IS ORDERED that the defendants' motion for summary judgment, the plaintiff's motion for summary judgment, the defendants' motion to strike, and the plaintiff's motion in limine, all set for hearing on January 24, 2001, are CONTINUED to January 31, 2001.  The motions will be on the briefs.

DATE OF ENTRY

JAN 2 5 2001

1

Fee_____
Process____
X Dktd_____
  CtRmDep___
  Doc.No.___