UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 25 PM 4:05

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY | CIVIL ACTION NO. 00225<br>00-225 |
| vs. | SECTION "F" |
| SCOTT G. JONES, ESQ., HULSE AND WANEK, PLC AND XYZ INSURANCE COMPANY | MAGISTRATE DIVISION (4) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SCOTTSDALE INSURANCE COMPANY'S MOTION TO CONTINUE HEARING DATE

**NOW COMES** Scottsdale Insurance Company (hereinafter "Scottsdale"), through undersigned counsel, to move the Court to continue the hearing date for all motions presently set to be heard by the Court on January 24, 2001, to the following Wednesday, January 31, 2001.

The ground for Scottsdale's Motion to Continue Hearing Date is that the parties have scheduled a settlement conference before the Honorable United States Magistrate Sally Sushan on Tuesday, January 30, 2001 at 9:00 a.m. The parties therefore wish to Court to forgo rulings on the parties' respective motions for summary judgment, among other motions, given the possibility of settlement of this matter.

Scottsdale has contacted counsel for defendants regarding the forgoing

DATE OF ENTRY
JAN 29 2001

continuance of all pending motions and counsel does not object to such continuance.

Respectfully submitted,

*Mark L. Ross*
Mark L. Ross, Bar No. 11477
Attorney for Scottsdale
Insurance Company
600 Jefferson Street, Suite 501
Lafayette, Louisiana 70501
Telephone (337) 266-2345
Facsimile: (337) 266-2163

LR 5.3 CERTIFICATE OF SERVICE

I certify that on this 22th day of January, 2001, a copy of the foregoing pleading has either been hand delivered or mailed to all counsel of record by depositing same in the United States mail, postage prepaid and properly addressed.

*Mark L. Ross*
MARK L. ROSS

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY | CIVIL ACTION NO. 00225 |
| vs. | SECTION "F" |
| SCOTT G. JONES, ESQ., HULSE AND WANEK, PLC AND XYZ INSURANCE COMPANY | MAGISTRATE DIVISION (4) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

BASED UPON THE FORGOING MOTION,

IT IS ORDERED that all motions in the above captioned proceeding set for hearing on January 24, 2001 be and are hereby continued for hearing to January 31, 2001.

New Orleans, Louisiana this _____ day of _____, 2001

_____
UNITED STATES DISTRICT JUDGE

*[Handwritten: DENIED as moot. MF 1.29.01]*