MINUTE ENTRY
SHUSHAN, M.J.
JANUARY 30, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY | CIVIL ACTION |
| versus | NUMBER 00-0225 |
| SCOTT G. JONES, ESQ., ET AL. | SECTION "F" (4) |

A settlement conference was held this date.

Present:

Mark Ross, for the plaintiff;
William Wright and Margaret Sunkel, for the defendants;

Settlement discussions are ongoing.

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JAN 3 1 2001