```
                FILED
         U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

         2001 FEB -5  AM 8:51

          LORETTA G. WHYTE
                 CLERK
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SCOTTSDALE INSURANCE COMPANY** | * | **CIVIL ACTION NO. 00-0225** |
| **VERSUS** | * | **SECTION "F"** |
| **SCOTT G. JONES, ESQ.,** | * | **MAGISTRATE (4)** |
| **HULSE AND WANEK, PLC** | | |
| **AND XYZ INSURANCE COMPANY** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' WITNESS LIST

**NOW COME** Scott G. Jones, Esq. and Hulse and Wanek, PLC (collectively "Defendants"), through undersigned counsel, and submit the following list of witnesses who will or may testify at the trial of this matter:

**A.    Will Call**

1.  Scott G. Jones, Esq.
    Hulse and Wanek, PLC
    1010 Common Street, Suite 2800
    New Orleans, LA 70112-2401

2.  J. Monroe LaBorde, MD
    3525 Prytania Street, Suite 402
    New Orleans, LA 70115

```
___Fee_____
___Process__ ✓
 X_Dktd_____
___CtRmDep___
   Doc.No._53_
```

**B.**   **May Call**

1. John A. Stewart, Jr., Esq.
   Hulse & Wanek, PLC
   1010 Common Street, Suite 2800
   New Orleans, Louisiana 70113

2. Mark L. Ross, Esq.
   600 Jefferson Street
   Box 23 Suite 501
   Lafayette, Louisiana 70501

3. Pat Dunn, Esq.
   125 East Pine Street
   P.O. Drawer 1980
   Ponchatoula, LA 70454

4. Ms. Beth Brezinski
   Scottsdale Insurance Company
   P.O. Box 4120
   Scottsdale, AZ 85261-4120

5. Michael Hingle, Esq.
   201 St. Charles Ave., Suite 2521
   New Orleans, LA 70170

6. Ken Adatto, MD
   3715 Prytania Street, Suite 501
   New Orleans, LA

7. John Burvant, MD
   3939 Houma Blvd.
   Doctor's Row, No. 21
   Metairie, LA 70006

8. Mark Vrahas, MD
   2025 Gravier Street, Suite 400
   New Orleans, LA 70112

9. Nahum Laventhal, Esq.
   3900 N. Causeway Blvd., Ste. 1060
   Metairie, LA 70002

10. Any witness listed by any other party.

>Respectfully Submitted:
>
>_____
>WILLIAM E. WRIGHT, JR. (#8564)
>MARGARET L. SUNKEL (#25888)
>DEUTSCH, KERRIGAN & STILES, L.L.P.
>755 Magazine St.
>New Orleans, Louisiana 70130-3672
>Telephone: (504) 581-5141
>Attorneys for Scott G. Jones and Hulse
>& Wanek, PLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties through their counsel of record, by facsimile and by sending via U. S. Mail, postage prepaid, and properly addressed, this 2nd day of February, 2001.

_____