```
                                                    FILED
                                             U.S. DISTRICT COURT
                                             EASTERN DISTRICT OF LA

                                             2001 FEB -9 PM 3: 19

                                              LORETTA G. WHYTE
                                                    CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**FEBRUARY 9, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SCOTTSDALE INSURANCE COMPANY** | **CIVIL ACTION** |
| versus | **NUMBER 00-0225** |
| **SCOTT G. JONES, ESQ., ET AL.** | **SECTION "F" (4)** |

Following discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
FEB - 9 2001

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
Doc.No._____