



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -5  PM 4: 28

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SCOTTSDALE INSURANCE COMPANY** | * | CIVIL ACTION NO. 00-0225 |
| **VERSUS** | * | SECTION "F" |
| **SCOTT G. JONES, ESQ.,** **HULSE AND WANEK, PLC** **AND XYZ INSURANCE COMPANY** | * * | MAGISTRATE (4) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### STIPULATION OF DISMISSAL

NOW COMES Scottsdale Insurance Company, plaintiff herein; and Scott G. Jones and Hulse & Wanek, PLC, defendants herein; and stipulate that the above entitled and captioned cause has been settled and compromised in full. Accordingly, said parties stipulate that this action may be dismissed, with prejudice, each party to bear its own cost.

_____
MARK L. ROSS, Bar No. 11477
600 Jefferson Street, Ste 501
Lafayette, Louisiana 70501
Telephone: (337) 266-2345
Facsimile: (337) 266-2163
Attorney for Plaintiff Scottsdale Insurance Company

DATE OF ENTRY
MAR 8  2001

Fee____
____Process____
_X_/Dktd____
____CtRmDep____
____Doc.No.____

_____
WILLIAM E. WRIGHT, JR. (#8564)
MARGARET L. SUNKEL (#25888)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130-3672
Telephone: (504) 581-5141
Facsimile (504) 566-1201
Attorney for Scott G. Jones and Hulse & Wanek, PLC

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 5th day of MARCH, 20 01, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY | * | CIVIL ACTION NO. 00-0225 |
| VERSUS | * | SECTION "F" |
| SCOTT G. JONES, ESQ., HULSE AND WANEK, PLC AND XYZ INSURANCE COMPANY | * * | MAGISTRATE (4) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

Considering the foregoing Stipulation of Dismissal;

**IT IS ORDERED** that the above entitled and captioned cause be and the same is hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 6 day of March, 2001.

_____ MLCF
**UNITED STATES DISTRICT JUDGE**